# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:14 po 04

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| DAVID CHADWICK CRISP, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion in Limine (#29) filed by the Defendant. At the call of this matter on for hearing on October 2, 2014, it appeared that the Defendant was present with his counsel Eric W. Stiles and the Government was present through Assistant United States Attorney Richard Edwards. At the time of the calling of the motion for hearing, counsel for Defendant advised he wished to consult with the Assistant United States Attorney. The undersigned allowed that request and after consultation occurred, counsel for Defendant advised the Court that he wished to withdraw the Motion in Limine and the motion was allowed by this Court.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Motion in Limine (#29) is hereby allowed to be **WITHDRAWN** and is **DENIED.**

1

Signed: October 8, 2014

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge