# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:14 po 04-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | |
| ) | ORDER |
| DAVID CHADWICK CRISP, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion to Continue (#25) and a Supplemental Motion to Continue (#32) filed by counsel for Defendant. At the call of this matter on for hearing, it appeared that Defendant was present with his counsel, Eric W. Stiles, and the Government was present through Assistant United States Attorney Richard Edwards. After hearing arguments of counsel for Defendant and the Assistant United States Attorney, it appears that during the late afternoon of October 1, 2014, there was communicated to counsel for Defendant a plea offer. The plea offer would encompass not only the charges contained in file 2:14po04 but would also encompass other charges pending against the Defendant. Mr. Stiles argued he had not had sufficient time to review the terms of the plea offer and discuss them with the Defendant prior to the date of trial which was October 2, 2014. Mr. Stiles further presented arguments that it was his opinion he could not render effective assistance of

1

counsel to the Defendant without a continuance being granted so he could discuss the offer made by the Government with the Defendant. The undersigned finds that good cause has been shown for the granting of the motions and will allow the motions.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Motion to Continue (#25) and the Supplemental Motion to Continue (#32) will be **ALLOWED** and the trial of this matter is continued from October 2, 2014 until **October 17, 2014**. Trial will commence promptly at 9:00 a.m. in Courtroom #1 of the United States Courthouse in Asheville, North Carolina. Counsel for the Defendant and counsel for the Government are further advised that the Court will consider no further motions in this matter, all motions having been heard on October 2, 2014 and if further motions are filed, they will be denied as being untimely.

Signed: October 8, 2014

Dennis L. Howell
United States Magistrate Judge