# United States District Court
### For The Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE (Petty / Misdemeanor Offenses) |
| V. | Case Number: 2:14-po-00004-1 |
| David Chadwick Crisp | Eric Winston Stiles<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) <u>1,4,5,6,8,9</u>
☒ pleaded guilty to violation(s)
☐ pleaded not guilty to count(s) Enter Counts
☐ pleaded not guilty to violation(s) Enter Counts

| Title and Section | Nature of Offense | Date of Offense | Counts |
|---|---|---|---|
| 18:13;NCGS 75A-6.1 | Operate a Vessel on the Waters of the State of N.C. without the use of Navigational Lights | 11/18/10 | 1 |
| 36 CFR 261.8(a) | Hunt Bear at Night During Closed Season | 12/03/10 | 4 |
| 36 CFR 261.8(a) | Hunt Deer at Night with the Use and Aid of Artificial Light | 12/03/10 | 5 |
| 36 CFR 261.8(a) | Hunt without a License | 12/03/10 | 6 |
| 36 CFR 261.8(a) | Hunt Deer with a Firearm | 10/25/11 | 8 |
| 36 CFR 261.8(a) | During Closed Season | 11/03/11 | 9 |

☒ Counts(s) <u>2,3,7,10,11,12,13,14,15,16,17,18</u> (are) dismissed on the motion of the United States.
☐ Violation Notice(s) Enter Counts (is)(are) dismissed on the motion of the United States.
☐ Found not guilty as to: Enter Counts

**IMPOSITION OF SENTENCE:**

<u>Count 1</u> – Pay a penalty in the amount of $100 and $10 assessment.

<u>Count 4</u> – Imprisoned 5 months. Pay a fine in the amount of $800 fine and $10 assessment.

<u>Count 5</u> – Imprisoned 5 months to run consecutive to the sentence imposed in Count 4. Pay a fine in the amount of $500 and $10 assessment.

<u>Count 6</u> – Imprisoned 5 months to run consecutive to the sentence imposed in Count 5. Pay a fine in the amount of $800 and $10 assessment.

<u>Count 8</u> – Imprisoned 5 months to run consecutive to the sentence imposed in Count 6. Pay a fine in the amount of $300 and $10 assessment for a TOTAL of 20 months imprisonment.

<u>Count 9</u> – Probation 1 year with a $500 fine and $10 assessment. This probationary sentence is to begin at the expiration of the imprisonment.

It is further ordered that the defendant shall surrender or forfeit to the North Carolina Wildlife Resource Commission any hunting and fishing license issued to him by that Commission for a period of One year from and after 10/17/2014.

The defendant shall not obtain nor shall the commission issue to the defendant a hunting and fishing license allowing the defendant to fish or hunt in the State of North Carolina during the period of probation, or that he go hunting or fishing in the state of North Carolina during the period of probation.

Date of Imposition of Sentence: 10/17/2014

Signed: October 21, 2014

_____
Dennis L. Howell
United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:    _____
_____
_____

    Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

                        By _____
                               United States Deputy Marshal