# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:14 po 004

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| DAVID CHADWICK CRISP, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** came on before the undersigned pursuant to Government's Motion to Dismiss Remaining Counts (#57). In the motion, the Government moves, pursuant to the terms of a plea agreement entered into between the Government and the Defendant, to dismiss counts two, three, seven, ten, eleven, twelve, thirteen, fourteen, fifteen, sixteen, seventeen and eighteen of the Amended Bill of Information. It appears to the undersigned that good cause has been shown for the granting of the motion and the motion will be allowed.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Remaining Counts (#57) is hereby **ALLOWED** and the Court dismisses counts two, three, seven, ten, eleven, twelve, thirteen, fourteen, fifteen, sixteen, seventeen and eighteen of the Amended Bill of Information.

Signed: October 22, 2014

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge