UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:14-PO-04

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DAVID CHADWICK CRISP, ) | |
| ) | |
| Defendant. ) | |

Pending before the Court is the Motion to Unseal Documents [# 64]. The Government moves to unseal the Factual Basis statement [# 50] filed under seal in this case. After the Factual Basis was filed under seal, the Government read the Factual Basis into the record in open court during the Rule 11 hearing. Upon a review of the Government's motion, the record, and the relevant legal authority, the Court finds that the Factual Basis statement should not remain under seal in this case. Accordingly, the Court **GRANTS** the motion [# 64]. The Court **DIRECTS** the Clerk to **UNSEAL** the Factual Basis [# 50].

Signed: June 17, 2015

Dennis L. Howell
United States Magistrate Judge