AO 245H (WDNC Rev. 4/04) Judgment in a Criminal Case for a Petty Offense (Short Form) Sheet1

FILED
ASHEVILLE, N.C.

OCT 3 0 2017

U.S. DISTRICT COURT
W. DIST. OF N.C.

# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

David Chadwick Crisp

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 2:14-po-4

Dustin Randolph Dow
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to violations of conditions 1, 2, & 3 of the term of supervision

| Title and Section | Date of Offense |
|---|---|
| 1. DRUG/ALCOHOL USE | 08/31/2017 |
| 2. SHALL REFRAIN FROM POSSESSING FIREARM | 08/12/2017 |
| 3. FAILURE TO REPORT CONTACT W/ LAW ENFORCEMENT OFFICER | 06/13/2017 |

**IMPOSITION OF SENTENCE:**

That the defendant be imprisoned for 20 DAYS with credit for time served.

Date of Imposition of Sentence: 10/30/2017

Title of Signing Officer
United States District Court

**RETURN**

I have executed this Judgment as follows: _____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal